STATE of Missouri, Respondent,

v.

Fentress M. WILSON, Appellant.

WD 77957

Missouri Court of Appeals,
Western District.

ORDER FILED: MARCH 1, 2016

Nathan Jeremy Aquino, Jefferson City, MO, Counsel for Respondent.

Susan Lynn Hogan, Kansas City, MO, Counsel for Appellant.

Before Division Four: Alok Ahuja, P.J., Mark D. Pfeiffer, Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Fentress Maurice Wilson appeals from a judgment entered upon a jury verdict convicting him of one count of statutory sodomy in the first degree, Section 566.062, RSMo Cum. Supp. 2014. We affirm. Rule 30.25(b).